# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA JULIA CABRALES-GONZALES,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | NO. ED CV 09-1679 FMO<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed.

Dated this 15th day of February, 2011.

/s/
Fernando M. Olguin
United States Magistrate Judge